```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANYA DOBSON,

                Plaintiff,

         v.

COX REPS INC.,

                Defendant.

20-CV-472 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 crisis, the Court will not hold the upcoming initial status conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by July 31, 2020, as directed in the Court's May 5, 2020 Order. Dkt. 9. If the parties are unable to submit their joint letter and proposed case management plan by July 31, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. The dial-in information for that conference is provided below:

    Call-In Number: (888) 363-4749

    Access Code: 1015508

The parties are advised that this is a public line – available to the public and press – and that no recording is permitted.

    In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    July 28, 2020
            New York, New York

_____
RONNIE ABRAMS
United States District Judge